UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

Jacob Langsam
Plaintiff,

**07 CIV. 3123**

Rule 7.1 Statement

v

Midland Credit Management INC.
Defendant.

**ROBINSON**

S.D. OF N.Y. W.P.   2007 APR 19 A 8: 59   FILED U.S. DISTRICT COURT

_____x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for Jacob
Langsam (a private non-governmental party) certifies that the following are corporate
parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
April 11, 2007

_____ /s/ _____

Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorneys for Plaintiff
268 ROUTE 59
Spring Valley, NY   10977
(845) 425-2510