UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

JACOB LANGSAM,  :  Civil Action No.: 07-CV-3123 (SCR)(MDF)

      Plaintiff,  :

vs.  :  **DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.'S RULE 7.1 STATEMENT**

MIDLAND CREDIT MANAGEMENT, INC.,  :

      Defendant.  :

------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, MIDLAND CREDIT MANAGEMENT, INC. (a private non-governmental party), certifies that it is a wholly-owned subsidiary of Encore Capital Group, Inc. Although MIDLAND CREDIT MANAGEMENT, INC. is not a publicly-held or traded company, Encore Capital Group, Inc. is a publicly held company. Encore Capital Group, Inc. trades under the NASDAQ symbol ECPG.

Dated: White Plains, New York
   August 9, 2007

                   _____s/ Thomas E. Healy_____
                   Thomas E. Healy (TH 4340)
                   Pino & Associates, LLP
                   Westchester Financial Center
                   50 Main Street
                   White Plains, New York 10606
                   Telephone: (914) 946-0600
                   Facsimile: (914) 946-0650
                   **Attorneys for Defendant**
                   **MIDLAND CREDIT MANAGEMENT, INC.**

233132.1

TO:   Shmuel Klein, Esq. (Via ECF and Facsimile)
Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, New York 10977
Telephone: (845) 425-2510
**Attorney for the Plaintiff**
**JACOB LANGSAM**

233132.1