## CERTIFICATE OF SERVICE

      Thomas E. Healy, certifies under penalty of perjury, that I am not a party to this action, I am over 18 years of age and reside in Yonkers, New York. That on the 9th day of August, 2007, I served the attached **DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.'S RULE 7.1 STATEMENT** via ECF and Facsimile upon:

      Shmuel Klein, Esq. (Via ECF and Facsimile)
      Law Office of Shmuel Klein, PC
      268 Route 59
      Spring Valley, New York 10977


                                          s/ Thomas E. Healy
                                          THOMAS E. HEALY

233132.1