UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JACOB LANGSAM,

                      Plaintiff(s),                  **SCHEDULING ORDER**

        -against-                              07 Cv. 3123 (CLB) (MDF)

MIDLAND CREDIT MANAGEMENT, INC.,

                      Defendant(s).
----------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

      The conference previously set for February 22, 2008 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                        _Charles L. Brieant_
                                                 Charles L. Brieant, U.S.D.J.