# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law

| | |
|---|---|
| 268 West Route 59 | 113 Cedarhill Ave. |
| Spring Valley, NY 10977 | Mahwah, NJ 07430 |
| 845-425-2510 | 201-529-3411 |
| Federal Court Only | State & Federal Court |
| E-mail-shmuel.klein@verizon.net | |

February 25, 2008

Honorable Judge Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

      Re: Jacob Langsam vs. Midland Credit Management
      Case #. 07-civ-3132 (SDNY)

*[handwritten: 07 Civ. 3123 (CLB)]*

Honorable Judge Brieant,

    Upon consent of the Defendant, it is respectfully requested that Defendant's Motion for Summary Judgment, which is currently returnable on March 7, 2008, be adjourned, and a briefing schedule be set.

Respectfully,

*[signature]*
Shmuel Klein
/za

cc:    Thomas E. Healy

**MEMO ENDORSED**

*[handwritten note by the Court:]* Final conference is adjourned pending decision on motion. March 7, 2008 date for oral argument is adjourned to April 25, 2008 at 10:00 A.M. — Counsel may establish dates for filing of Opposition & Reply briefs. So Ordered.
2/27/2008
Charles L. Brieant