# LAW OFFICE OF SHMUEL KLEIN, PC
## ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59                                    113 CEDARHILL AVE.
SPRING VALLEY, NY 10977                                 MAHWAH, NJ 07430
845-425-2510                                          201-529-3411
TELEFAX 845-425-7362                                  ADMITTED IN NM*, NJ, NY*, NOTX*
EMAIL: SHMUEL.KLEIN@VERIZON.NET                       *FEDERAL COURTS ONLY

March 5, 2008

Pino & Associates LLP
Attn: Thomas Healy, Esq. &
Attn: Mark Rousseau, Esq.
50 Main Street
White Plains, NY 10606                 Via Telefax: (914) 946-0650

RE:  Langsam vs. Midland Credit Management
        Case No. 07-3123

Dear Mr. Healy & Mr. Rousseau,

Please be advised that the oral argument for the above referenced that was adjourned from March 7, 2008 to April 25, 2008 is further adjourned to May 9, 2008 at 10:00 am because April 25th is Passover.

Yours truly,

Shmuel Klein

Cc: Honorable Charles Brieant - via telefax: (914) 390-4085