<u>CERTIFICATE OF SERVICE</u>

 I, Shmuel Klein, an attorney admitted to practice before this Court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I have offices located at 268 Route 59, Spring Valley, NY and I served the within Opposition to Motion for Summary Judgment on April 16, 2008 by mailing a copy thereof to:

Thomas E. Healy
Pino & Associates, LLP
Westchester Financial Center
50 Main Street
White Plains, NY 10606


      _____/s/_____
      Shmuel Klein