Collection Detail for account # 8514430172     NY Local: 07:11 PM (E)

Mini Miranda Required                          222-NO PHONE CALLS-BY MAIL ONLY
223-NO PHONE CALLS TO PLACE OF EMPLOYM         020-OK TO WORK-DISPUTE OUTSIDE VAL PER
125-CONTACT THRU CONSUMERS ATTNY ONLY!         DIS-ACCT. IN DISPUTE - DO NOT CONTACT

| Payment Plan Update Address | Update Phone | Additional Data | Payment History |
|---|---|---|---|
| Jacob J Langsam | CITIBANK - 5424180721425939 | Inv#: 1329   K Port#: 529 | |
| | Best#: | Last Wk: 04/24/2007 | Purch Bal: $5,178.25 |
| 113 Cedarhill Avenue (ATTY) | Home: | Int Rate: 15.00% | Int+Fees: $2,342.53 |
| C/o Shmuel Klein | Work: | Last Pd: | Total Paid: $.00 |
| MONSEY NY 10952 | Last Ltr: 03/08/2007 | Last Pd$: $.00 | |
| SSN: 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 | Ltr Dis%: 40.00% | Ltr Exp: 03/28/2007 | Balance: $7,520.78 |
| Dte Birth: | SIF Amt: $4,449.92 | Dte C/O: 04/16/2004 | SOL Exp: 09/15/2009 |

CC: BQA  Name: LONDON MESERVY     Xfr    Site: SD  Ext: X5112  Team: C954

| Comments | Status | CC | By | Followup | Amount | Entered | Time |
|---|---|---|---|---|---|---|---|
| Account assigned from GDQ to BQA by TFLORES | TRNF | BQA | AXZ | | 0.00 | 04/24/2007 | 16:11:25 |
| RCVD CERT FR ATTY POSTMARKED 04/19/07, SUMMONS...FWD TO TANYA | COMM | GDQ | 8U8 | 04/24/2007 | 0.00 | 04/24/2007 | 13:46:42 |
| Statement ORDERED | MDIA | GDQ | *** | | 0.00 | 04/13/2007 | 03:04:15 |
| RCVD ATTY LTR POSTMARKED 3/29/07, STATES THAT REP CU. NO DISP. ADD ALREADY UPDATED AND MEDIA SENT | COMM | GDQ | AGR | 04/13/2007 | 0.00 | 04/13/2007 | 10:39:13 |
| CONSUMER RELATIONS MEDIA REQUEST | CRMR | GDQ | *** | | 0.00 | 04/03/2007 | 03:00:48 |
| STATEMENTS | COMM | GDQ | 8C7 | 04/02/2007 | 0.00 | 04/02/2007 | 14:19:28 |
| RCVD MAIL FROM ATTY SHMUEL KLEIN POSTMARKED 3/29/2007 ADVISES HAS BEEN RETAINED BY DEFENDENT / DOES NOT REQST MEDIA OR ANYTHING AT THIS TIME | COMM | GDQ | 8C7 | 04/02/2007 | 0.00 | 04/02/2007 | 14:18:59 |

0019

| Description | Code | | | Amount | Date | Time |
|---|---|---|---|---|---|---|
| Account assigned from DMO to GDQ by SBARRE1 | TRNF | GDQ | BC7 | 0.00 | 04/02/2007 | 14:17:39 |
| LT 5G70( 40% Discount), Settlement offer of $4,449.92. Letter sent 03/08/2007, Offer Expires 03/28/2007. | SLTR | DMO | *** | 0.00 | 03/07/2007 | 18:24:07 |
| LT 5G70( 40% Discount), Settlement offer of $4,414.19. Letter sent 02/07/2007, Offer Expires 02/27/2007. | SLTR | DMO | *** | 0.00 | 02/06/2007 | 04:52:34 |
| LT 5G70( 40% Discount), Settlement offer of $4,378.45. Letter sent 01/10/2007, Offer Expires 01/30/2007. | SLTR | DMO | *** | 0.00 | 01/09/2007 | 17:15:04 |
| LT 5G70( 40% Discount), Settlement offer of $4,306.98. Letter sent 11/16/2006, Offer Expires 12/16/2006. | SLTR | DMO | *** | 0.00 | 11/15/2006 | 13:52:33 |
| LT 5G70( 40% Discount), Settlement offer of $4,253.38. Letter sent 10/05/2006, Offer Expires 10/25/2006. | SLTR | DMO | *** | 0.00 | 10/04/2006 | 03:48:03 |
| LT 5G70( 40% Discount), Settlement offer of $4,181.90. Letter sent 08/09/2006, Offer Expires 09/08/2006. | SLTR | DMO | *** | 0.00 | 08/08/2006 | 09:13:07 |
| Account moved due to Legal processing L02 to DMO by GETSWEEPS | TRNF | DMO | *** 07/01/2006 | 0.00 | 07/01/2006 | 23:07:39 |
| Moved to L02, Recovery letter sent. | TRNF | L02 | AW5 | 0.00 | 06/30/2006 | 14:26:25 |
| RCVD CERT LTR FR CU, STS PREV REQ FOR VAL, RCVD NO REPLY, VIOLATION, THREATENS LEG, REPORTING MAY CONSTITUTE DEFAMATION OF CHARACTER | COMM | DMO | BU8 06/01/2006 | 0.00 | 06/01/2006 | 14:34:46 |
| LT SP50( 50% Discount), Settlement offer of $3,373.25. Letter sent 04/27/2006, Offer Expires 05/27/2006. | SLTR | DMO | *** | 0.00 | 04/26/2006 | 14:26:41 |
| LT SP50( 50% Discount), Settlement offer of $3,328.58. Letter sent 03/15/2006. Offer Expires 04/14/2006. | SLTR | DMO | *** | 0.00 | 03/14/2006 | 13:51:21 |
| New WACH assigned 2006022710404601 | WACH | DMO | *** 02/28/2006 | 0.00 | 02/28/2006 | 20:07:03 |
| ACCOUNT ASSIGNED FROM | ASGN | DMO | BC7 02/20/2006 | 0.00 | 02/20/2006 | 12:51:42 |

| Description | | | | | | |
|---|---|---|---|---|---|---|
| WSC TO DMO BY SBARRE1 | | | | | | |
| RCVD CERTIFIED MAIL, CNSMR DISPUTES DEBT, REQSTS VALIDATION, OUTSIDE VAL, REQSTS NO PHONE CALLS | COMM | WSC | BC7 | 02/20/2006 | 0.00 | 02/20/2006 12:51:31 |
| LT SP51( 50% Discount), Settlement offer of $3,283.91. Letter sent 02/01/2006, Offer Expires 03/03/2006. | SLTR | WSC | *** | | 0.00 | 01/31/2006 11:51:28 |
| Account moved by WSO sweep to WSC by GETSWEEPS | TRNF | WSC | *** | | 0.00 | 01/17/2006 00:12:09 |
| New WACH assigned 20060109132321011 | WACH | WSO | *** | 01/10/2006 | 0.00 | 01/10/2006 20:00:04 |
| Vendor Scrub Incoming Process | TRNF | SIL | *** | | 0.00 | 01/05/2006 14:34:47 |
| New FD phone | LEAD | A8 | *** | | 0.00 | 01/05/2006 12:59.12 |
| Account moved out of Silo to A8 by GETSWEEPS | TRNF | A8 | *** | 12/29/2005 | 0.00 | 12/29/2005 23:20:57 |
| LT LT1A ( 50% disc on bal/debt val ltr), Settlement offer of $3,229.67. Letter sent 12/09/2005, Offer Expires 01/23/2006. | SLTR | SIL | *** | 12/08/2005 | 0.00 | 12/08/2005 17:41:43 |
| Account Assigned by CV0300R | TRNF | SIL | *** | | 0.00 | 12/08/2005 17:41:43 |

→ Second letter MCM sent dated 2/1/06

First letter MCM sent in December 05

0021