mcm
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

12-09-2005

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952

2344-1

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 935-4566 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; |
| | Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| MCM Account No: | 8514430172 |
| Current Balance: | $6,459.33 |
| Payment Due Date: | 01-23-2006 |
| Letter Code: | 04768024 |

Dear JACOB J LANGSAM,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your CITIBANK account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a substantial discount of *50% off* your Current Balance *if we receive payment by 01-23-2006*.

What's In It For You? Once MCM receives your payment of $3,229.67, we will:
- Notify the credit bureaus that the debt is "Paid". *
- Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $3,229.67 payment in the envelope provided. *Please mail your payment no later than 01-16-2006* in order to receive credit for the 50% off discount by the expiration date 01-23-2006.

If you prefer to speak with one of our Account Managers, please contact us at (800) 935-4566.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Midland Credit Management, Inc.
(800) 935-4566

---

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8514430172 |
| Current Balance: | $6,459.33 |
| Amount Due: | $3,229.67 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 01-23-2006 |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

Important Disclosure Information

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

The records associated with the account purchased from CITIBANK reflect that you are obligated on this account, which is in default with a Current Balance of $6,459.33. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

\* No credit reporting will occur if the federal reporting period has expired, or we have not previously reported on this account.

---

Please send any correspondence relating to any credit reporting\* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8375 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR ACCOUNT.


New York City Department of Consumer Affairs License Number 1140603.

0002



P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

02-01-2006

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

### Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel: (800) 282-2644 |
| | Fax: (800) 306-4443 |
| Hours of Operations: | M-Th 6am – 7pm, Fri 6am – 5pm |
| | Sat 6am – Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| Original Account No: | 5421186721125939 |
| MCM Account No: | 8514450172 |
| Current Balance: | $6,567.81 |
| Payment Due Date: | 03-03-2006 |
| Letter Code: | 0490005 |

Dear JACOB J LANGSAM,

Midland Credit Management, Inc., servicer of the above referenced account would like to offer you a 50% OFF Settlement Opportunity.

Pay $3,283.91 by 03-03-2006 and the Current Balance will be considered paid* and we will STOP ALL COLLECTION ACTIVITY!

Simply detach the Acceptance Certificate below and enclose it with your payment of $3,283.91 in the envelope provided.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
J. Black
President

* If your account is still within the federal reporting period, your credit report will reflect that it has been paid.

New York City Department of Consumer Affairs License Number 1140603.

*Please tear off and return lower portion with payment in envelope provided*

### Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8514450172 |
| Current Balance: | $6,567.81 |
| Amount Due: | $3,283.91 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 03-03-2006 |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

02 8514450172 9 0328391 030306 2

0001

**mcm**
midland credit management, inc.

PO Box 939019
San Diego, CA 92193-9019

JACOB J LANGSAM
66 MORTON DR
MONSEY NY [illegible]

04/14/06

Dear JACOB J LANGSAM,

**Settlement Opportunity**

| | |
|---|---|
| Contact Information: | Tel (800) 232-8644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M - Th 6am - 7pm |
| | Fri 6am - 5pm |
| | Sat 5am - noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| MCM Account No.: | 8514430172 |
| Current Balance: | $8,657.15 |
| Payment Due Date: | 04/14/06 |
| Letter Code: | 2604K264 |

You don't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy this account, we would like to offer you a positive and flexible option to resolve your account for less than the current balance.

If we receive payment by 04/14/06 in the amount of $6,325.30, we will consider the Account Balance paid.

**CALL NOW** To take advantage of this opportunity, please contact us TOLL-FREE at (800) 232-8644 and any of our Account Managers will be able to assist you. When you call be sure to mention the letter code, 2604K264.

**MAIL** You may prefer to settle your account balance by using the Acceptance Certificate above. Simply enclose it with your $6,325.30 payment in the envelope provided.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
J. Black
President

* If your account is still within the federal reporting period, your credit report will reflect that it has been paid.

New York City Department of Consumer Affairs License Number 1140592

cc8-[illegible]

**mcm**
midland credit management, inc.

PO Box 939079
San Diego, CA 92193-9015

JACOB J LANGSAM
98 HORTON DR
MONSEY NY 10952-2921

**Settlement Opportunity**

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M - Th 6am - 7pm; |
| | Fri 6am - 5pm; |
| | Sat 6am - noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| MCM Account No.: | 8514430172 |
| Current Balance: | $8,746.49 |
| Payment Due Date: | 06/27/06 |
| Letter Code: | 0617406A |

04/07/06

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy this account, we would like to offer you a positive and flexible option to resolve your account for 20% off the current balance.

> If we receive payment by 06/27/06 in the amount of
> $6,879.27, we will consider the Account Balance paid.*

**CALL MCM** To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you. When you call, be sure to mention the letter code, 0617406A.

**MAIL** You may prefer to settle your account balance by using the Acceptance Certificate above. Simply enclose it with your $6,879.25 payment in the envelope provided.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
A. Burkhart
Executive Vice President / General Manager of Consumer Debt

*If your account is still within the federal reporting period, our credit report will reflect that it has been paid.

New York City Department of Consumer Affairs License Number 1140589

0048049

3P20

mcm
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

|  |  |
|---|---|
| Contact Information: | Tel (800) 939-2353 |
|  | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; |
|  | Fri 6am - 5pm; |
|  | Sat 6am - 2:30pm PST |
| Original Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| Original Account No. | 5424180721425939 |
| MCM Account No: | 8514430172 |
| Current Balance: | $6,880.50 |
| Payment Due Date: | NOW |
| Letter Code: | 05403007 |

07-01-2006

2345-78

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

Dear JACOB J LANGSAM,

Midland Credit Management, Inc. has made several attempts to contact you regarding the following account:

| Current Owner : | Midland Funding LLC |
|---|---|
| Original Creditor : | CITIBANK |
| MCM Account No: | 8514430172 |
| Current Balance : | $6,880.50 |

This letter is to inform you that Midland Credit Management, Inc. is considering forwarding this account to an attorney with the intent to initiate legal action to satisfy the debt.

Please contact our office immediately at (800) 939-2353 to make arrangements to pay this debt and prevent any legal action on your account.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Midland Credit Management, Inc.

New York City Department of Consumer Affairs License Number 1140603.

*Please tear off and return lower portion with payment in envelope provided*

**Account Summary**

| MCM Account No: | 8514430172 |
|---|---|
| Current Balance: | $6,880.50 |
| Amount Due: | $6,880.50 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | NOW |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8514430172 9 0688050 073106 6

0010

**MIDLAND CREDIT MANAGEMENT, INC.**
P.O. Box 939019
San Diego, CA 92193-9019

Contact Information: Tel (800) 939-2353
Fax (800) 306-4443

Hours of Operation: M-Th 6am - 7pm;
Fri 6am - 5pm;
Sat 6am - 2:30pm PST

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

| STATEMENT | | | |
|---|---|---|---|
| MCM Account #: 3514430172 | | | Principal Balance: $5,178.25 |
| Original Account #: 5424180721425939 | | | Interest Rate: 15.00% |
| Statement Date: 07-01-2006 | Due Date: NOW | | Accrued Interest: $1,702.25 |
| Original Owner: Midland Funding LLC | Original Creditor: CITIBANK | | New Balance: $6,880.50 |

| Due Date | Date Received | Transactions | Amount |
|---|---|---|---|
| NOW | 07-01-2006 | The above referenced account was purchased by Midland Funding LLC and is serviced by Midland Credit Management, Inc.("MCM"). The balance of $6,880.50 is due now.<br><br>Please direct all correspondence to: Midland Credit Management, Inc. | $6,880.50 |
| | | | New Balance: $6,880.50 |

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Please detach the payment slip below and enclose it with your $6,880.50 payment in the envelope provided.

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 109522851

*Payment Slip*

MCM Account Number: 3514430172
Current Balance: $6,880.50
Amount Enclosed: _____

Please indicate new mailing address and phone number, if incorrect.

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

mcm   P.O. Box 939019
San Diego, CA 92193-9019

**Settlement Opportunity**

Contact Information:   Tel: (800) 282-2644
Fax: (800) 306-xxxx

Hours of Operation: M - Th 6am - 7pm
F 6am - 5pm
Sat 6am - 3pm

Current Owner:   Midland Funding LLC
Original Creditor:   CITIBANK
MCM Account No.:   8514430172
Current Balance:   $6,969.84
Payment Due Date:   09/08/2006
Letter Code:   05525010

08/09/2006

#BWNHLTH **AUTO
#0000 0851 4430 1729#

0228675 01 AB 0.317 **AUTO  T0 0 7044 10952-

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

---

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

If we receive payment by 09/08/2006 in the amount of
$4,181.90, we will consider the account balance paid in full!

CALL NOW! To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you. When you call be sure to mention the letter code, 05525010.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,181.90 payment in the envelope provided. In order to receive payment by 09/08/2006, please mail no later than 09/03/2006.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
R. Eckhardt
Executive Vice President / General Manager of Consumer Debt

---

*Please tear off and return lower portion with payment in envelope provided*

**Acceptance Certificate**

MCM Account Number:   8514430172
Current Balance:   $6,969.84
Amount Due:   $4,181.90

Make Check Payable to:   Midland Credit Management, Inc.
Payment Due Date:   09/08/2006

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

**mcm**
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

10-05-2006

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

**Settlement Opportunity**

Contact Information: Tel (800) 282-2644
Fax (800) 306-4443
Hours of Operation: M-Th 6am – 9pm; Fri 6am – 5pm
Sat 8am – Noon PST
Current Owner: Midland Funding LLC
Original Creditor: CITIBANK
MCM Account No.: 8512130172
Current Balance: $7,088.96
Payment Due Date: 10-25-2006
Letter Code: 05696010

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

If we receive payment by 10-25-2006 in the amount of
$4,253.38, we will consider the account balance paid in full.

CALL NOW! To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you. When you call be sure to mention the letter code, 05696010.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,253.38 payment in the envelope provided. In order to receive payment by 10-25-2006, please mail no later than 10-20-2006.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Ron Eckhardt
Executive Vice President / General Manager of Consumer Debt

*Please tear off and return lower portion with payment in envelope provided*

**Acceptance Certificate**

MCM Account Number: 8512130172
Current Balance: $7,088.96
Amount Due: $4,253.38
Make Check Payable to: Midland Credit Management, Inc.
Payment Due Date: 10-25-2006

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870



P.O. Box 939019
San Diego, CA 92193-9019

11/16/2006

#BWNHLTH **AUTO
#0000 0851 4430 1729#

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel: (800) 282-2644 |
| | Fax: (800) 306-4443 |
| Hours of Operation: | M - Th 6 am - 7 pm |
| | Fri 6 am - 5 pm |
| | Sat 6 am - noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| MCM Account No: | 8514430172 |
| Current Balance: | $7,178.30 |
| Payment Due Date: | 12/16/2006 |
| Letter Code: | 05907010 |

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

If we receive payment by 12/16/2006 in the amount of
$4,306.98, we will consider the account balance paid in full!

CALL NOW! To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you. When you call be sure to mention the letter code, 05907010.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,306.98 payment in the envelope provided. In order to receive payment by 12/16/2006, please mail no later than 12/11/2006.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
R. Eckhardt
Executive Vice President / General Manager of Consumer Debt

---

*Please tear off and return lower portion with payment in envelope provided*

### Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8514430172 |
| Current Balance: | $7,178.30 |
| Amount Due: | $4,306.98 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 12/16/2006 |

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

0014



P.O. Box 939019
San Diego, CA 92193-9019

*Settlement Opportunity*

| | |
|---|---|
| Contact Information: Tel: | (800) 282-2644 |
| Fax: | (800) 306-4443 |
| Hours of Operation: | M-Th 6 am - 7 pm |
| | Fri 6 am - 5 pm |
| | Sat 6 am - noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| MCM Account No: | 8514430172 |
| Current Balance: | $7,297.42 |
| Payment Due Date: | 01/30/2007 |
| Letter Code: | 06119010 |

01/10/2007

#BWNHLTH **AUTO
#0000 0851 4430 1729#

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

---

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

If we receive payment by 01/30/2007 in the amount of
$4,378.45, we will consider the account balance paid in full!

CALL NOW! To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you. When you call be sure to mention the letter code, 06119010.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,378.45 payment in the envelope provided. In order to receive payment by 01/30/2007, please mail no later than 01/25/2007.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
R. Eckhardt
Executive Vice President / General Manager of Consumer Debt

---

*Please tear off and return lower portion with payment in envelope provided*

*Acceptance Certificate*

| | |
|---|---|
| MCM Account Number: | 8514430172 |
| Current Balance: | $7,297.42 |
| Amount Due: | $4,378.45 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 01/30/2007 |

JACOB J LANGSAM
66 HORTON DR
MONSEY NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

### Important Privacy Choice for Consumers
### (For use by California Residents Only)

You have the right to control whether Midland Credit Management, Inc. and its subsidiaries ("MCM," also referenced below as we, our, and us) share some of your personal information. Please read the following information carefully before you make your choice below.

#### Your Rights

You have the following rights to restrict the sharing of personal and financial information with outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services to the extent permitted by applicable law.

#### Your Choice

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products and Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you to the extent permitted by applicable law.

( ) NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

---

#### Time Sensitive Reply

You may make your privacy choice at any time. Your choice marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with other companies with whom we have contracts to provide products and services.

Name: _____

MCM Account Number(s): _____

Signature: _____

> To exercise your choice, please do one of the following: (1) fill out, sign and return the completed form to us via toll-free facsimile at 1-800-306-4443, or (2) call us toll-free at 1-800-825-8131, extension 2980 (you may want to make a copy for your records).

**mcm**  P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

02-07-2007

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

*Settlement Opportunity*

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm |
| | Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| Original Account No: | 5424180721425059 |
| MCM Account No: | 8514430172 |
| Current Balance: | $7,356.98 |
| Payment Due Date: | 02-27-2007 |
| Letter Code: | 06251010 |

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

**If we receive payment by 02-27-2007 in the amount of
$4,414.19, we will consider the account balance paid in full!**

CALL NOW! To take advantage of this opportunity, please contact us TOLL-FREE at (800) 282-2644 and any of our Account Managers will be able to assist you.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,414.19 payment in the envelope provided. In order to receive payment by 02-27-2007, please mail no later than 02-22-2007.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Ron Eckhardt
Executive Vice President / General Manager of Consumer Debt

*Please tear off and return lower portion with payment in envelope provided*

*Acceptance Certificate*

| | |
|---|---|
| MCM Account Number: | 8514430172 |
| Current Balance: | $7,356.98 |
| Amount Due: | $4,414.19 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 02-27-2007 |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

**mcm**  P.O. Box 959019
San Diego, CA 92195-9019

ADDRESS SERVICE REQUESTED

03-08-2007

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

1651-2152

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; |
| | Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| Original Account No: | 5424180721425959 |
| MCM Account No: | 8514430172 |
| Current Balance: | $7,416.54 |
| Payment Due Date: | 03-28-2007 |
| Letter Code: | 06124010 |

Dear JACOB J LANGSAM,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account we would like to offer you a positive and flexible option to resolve your account for 40% off the Current Balance.

If we receive payment by 03-28-2007 in the amount of
$4,449.92, we will consider the account balance paid in full!

CALL NOW! To take advantage of this opportunity, please contact us **TOLL-FREE** at (800) 282-2644 and any of our Account Managers will be able to assist you.

MAIL! You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $4,449.92 payment in the envelope provided. In order to receive payment by 03-28-2007, please mail no later than 03-23-2007.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Ron Eckhardt
Executive Vice President / General Manager of Consumer Debt

*Please tear off and return lower portion with payment in envelope provided*

## Acceptance Certificate

| | |
|---|---|
| MCM Account Number: | 8514430172 |
| Current Balance: | $7,416.54 |
| Amount Due: | $4,449.92 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 03-28-2007 |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

15 8514430172 5 0444992 032407 7

0018