mcm
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

07-01-2006

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

2345-78

| | |
|---|---|
| Contact Information: | Tel (800) 939-2353 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; |
| | Fri 6am - 5pm; |
| | Sat 6am - 2:30pm PST |
| Original Owner: | Midland Funding LLC |
| Original Creditor: | CITIBANK |
| Original Account No: | 5424180721425939 |
| MCM Account No: | 8514430172 |
| Current Balance: | $6,880.50 |
| Payment Due Date: | NOW |
| Letter Code: | 05403007 |

Dear JACOB J LANGSAM,

Midland Credit Management, Inc. has made several attempts to contact you regarding the following account:

| | |
|---|---|
| Current Owner : | Midland Funding LLC |
| Original Creditor : | CITIBANK |
| MCM Account No: | 8514430172 |
| Current Balance : | $6,880.50 |

This letter is to inform you that Midland Credit Management, Inc. is considering forwarding this account to an attorney with the intent to initiate legal action to satisfy the debt.

Please contact our office immediately at (800) 939-2353 to make arrangements to pay this debt and prevent any legal action on your account.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Midland Credit Management, Inc.

New York City Department of Consumer Affairs License Number 1140603.

*Please tear off and return lower portion with payment in envelope provided*

### Account Summary

| | |
|---|---|
| MCM Account No: | 8514430172 |
| Current Balance: | $6,880.50 |
| Amount Due: | $6,880.50 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | NOW |

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8514430172 9 0688050 073106 6

0010

**mcm**   MIDLAND CREDIT MANAGEMENT, INC.
P.O. Box 939019
San Diego, CA 92193-9019

| | |
|---|---|
| Contact Information: | Tel (800) 939-2353 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; |
| | Fri 6am - 5pm; |
| | Sat 6am - 2:30pm PST |

#BWNHLTH
#0000 0851 4430 1729#
JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 10952-2851

## STATEMENT

| MCM Account #: 8514430172 | | Principal Balance: $5,178.25 |
|---|---|---|
| Original Account #: 5424130721425939 | | Interest Rate: 15.00% |
| Statement Date: 07-01-2006 | Due Date: NOW | Accrued Interest: $1,702.25 |
| Original Owner: Midland Funding LLC | Original Creditor: CITIBANK | New Balance: $6,880.50 |

| Due Date | Date Received | Transactions | Amount |
|---|---|---|---|
| NOW | 07-01-2006 | The above referenced account was purchased by Midland Funding LLC and is serviced by Midland Credit Management, Inc.("MCM"). The balance of $6,880.50 is due now.<br><br>Please direct all correspondence to: Midland Credit Management, Inc. | $6,880.50 |
| | | | New Balance: $6,880.50 |

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Please detach the payment slip below and enclose it with your $6,880.50 payment in the envelope provided.

JACOB J LANGSAM
66 HORTON DR
MONSEY, NY 109522851

*Payment Slip*

MCM Account Number: 8514430172
Current Balance:     $6,880.50
Amount Enclosed: _____

Please indicate new mailing address and phone number, if incorrect.

_____
_____
_____

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870