**EXHIBIT C**

```
                        03/11/04      $4949.29    $4949.29    SITE:KC-CL   TM:CO-5000   ACID:ROB0773
                                                                            05/16/07            21:44:53:
                        PMT DUE DATE  NEW BALANCE  MIN AMT DUE

                                                    CITI CARDS
                                                    PO BOX 183062
                                                    COLUMBUS, OH
    JACOB J LANGSAM                                 43218-3062
    ATTNY ACCOUNT-CODE=ACU1
    MONSEY                    NY
    10952-2851000
```

# Citi® Platinum Select® Card

For Customer Service, call or write
1-800-950-5114

Account Number
5424 1807 2142 5939
PAYMENT MUST BE RECEIVED BY 1:00 PM LOCAL TIME ON 03/11/2004

To report billing errors, write
to this address; calling will
not preserve your rights.

BOX 6500
SIOUX FALLS, SD
57117

| Statement/Closing Date | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 02/17/2004 | $4200 | $0 | $1300 | $0 | $4949.29 |
| | | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | | $749.29 | $546.85 | $110.09 | $4949.29 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 2/17 | | Standard Purch<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84   0000 | 7.16<br>0000000000 |
| | 2/17 | | Balance Transfer - Charged To Offer 4<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84   0000 | 97.93<br>0000000000 |

Help is available! Please call the toll-free
number shown above to learn about our special
payment options. Call Monday - Friday, 7 am to
9 pm, or Saturday, 8 am to 5 pm, Central Time.
Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,844.20 | $0.00 | $0.00 | $105.09 | $4,949.29 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,844.20 | $0.00 | $0.00 | $105.09 | $4,949.29 |

Days This Billing Period: 28

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $333.55 | 0.07668%(D) | 27.990% | 27.990% |
| Offer 4 | $4,561.13 | 0.07668%(D) | 27.990% | 27.990% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.07668%(D) | 27.990% | 27.990% |

```
                04/12/04      $5060.54       $5060.54        SITE:KC-CL    TM:CO-5000   ACID:ROB0773
                PMT DUE DATE  NEW BALANCE    MIN AMT DUE                   05/16/07            21:44:53:
```

CITI CARDS
PO BOX 183062
COLUMBUS, OH
43218-3062

JACOB J LANGSAM
ATTNY ACCOUNT-CODE=ACU1
MONSEY                           NY
10952-2851000

# Citi® Platinum Select® Card                                   citi

**Account Number**
5424 1807 2142 5939

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-950-5114 | $4200 | $0 | $1300 | $0 | $5060.54 |
| BOX 6500 | Statement/ | Amount Over | | Purch/Adv | Minimum |
| SIOUX FALLS, SD | Closing Date | Credit Line | Past Due | Minimum Due | Amount Due |
| 57117 | 03/17/2004 | $860.54 | $656.94 | $116.25 | $5060.54 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 3/17 | | Standard Purch<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84   0000 | 7.58<br>0000000000 |
| | 3/17 | | Balance Transfer - Charged To Offer 4<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84   0000 | 103.67<br>0000000000 |

Help is available! Please call the toll-free
number shown above to learn about our special
payment options. Call Monday - Friday, 7 am to
9 pm, or Saturday, 8 am to 5 pm, Central Time.
Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,949.29 | $0.00 | $0.00 | $111.25 | $5,060.54 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,949.29 | $0.00 | $0.00 | $111.25 | $5,060.54 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $340.92 | 0.07668%(D) | 27.990% | 27.990% |
| Offer 4 | $4,661.87 | 0.07668%(D) | 27.990% | 27.990% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.07668%(D) | 27.990% | 27.990% |

```
   05/11/04      $5178.25       $5178.25         SITE:KC-CL    TM:CO-5000    ACID:ROB0773
   PMT DUE DATE  NEW BALANCE    MIN AMT DUE                    05/16/07              21:44:53:
```

```
                                        CITI CARDS
                                        PO BOX 183062
JACOB J LANGSAM                         COLUMBUS, OH
ATTNY ACCOUNT-CODE=ACU1                 43218-3062
MONSEY                    NY
10952-2851000
```

# Citi® Platinum Select® Card 

Account Number
5424 1807 2142 5939

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $4200 | $0 | $1300 | $0 | $5178.25 |
| | Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 04/16/2004 | $978.25 | $773.19 | $122.71 | $5178.25 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 4/16 | | Standard Purch<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84    0000 | 8.02<br>0000000000 |
| | 4/16 | | Balance Transfer - Charged To Offer 4<br>PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84    0000 | 109.69<br>0000000000 |

Help is available!  Please call the toll-free
number shown above to learn about our special
payment options.  Call Monday - Friday, 7 am to
9 pm, or Saturday, 8 am to 5 pm, Central Time.
Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,060.54 | $0.00 | $0.00 | $117.71 | $5,178.25 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,060.54 | $0.00 | $0.00 | $117.71 | $5,178.25 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $348.71 | 0.07668%(D) | 27.990% | 27.990% |
| Offer 4 | $4,768.50 | 0.07668%(D) | 27.990% | 27.990% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.07668%(D) | 27.990% | 27.990% |