## CERTIFICATE OF SERVICE

     Thomas E. Healy, certifies under penalty of perjury, that I am not a party to this action, I am over 18 years of age and reside in Yonkers, New York. That on the 8th day of May, 2008, I served the enclosed **AFFIDAVIT OF VIRGINIA ARTEAGA** and **MEMORANDUM OF LAW IN REPLY AND IN FURTHER SUPPORT OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S MOTION SEEKING SUMMARY JUDGMENT: A) DISMISSING THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56; AND B) GRANTING THE RELIEF SET FORTH IN ITS COUNTERCLAIM AGAINST THE PLAINTIFF** via ECF upon:

        Shmuel Klein, Esq.
        Law Office of Shmuel Klein, PC
        268 Route 59
        Spring Valley, New York 10977

                                                   s/ Thomas E. Healy
                                             THOMAS E. HEALY

237756.1