UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Jacob Langsam                                                07 Civ. 03123 (CLB)
- against -
Midland Credit Management Inc.                    STIPULATION OF DISCONTINUANCE
----------------------------------------X

Hon. Charles L. Brieant, District Judge:

Having been advised that the parties have reached a settlement of the above captioned action in principle, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party so that the parties may prepare and exchange settlement documents;

ORDERED that any party may move to reopen this case within 30 days if the settlement is not completed;

SO ORDERED:

White Plains, New York
Dated: May 23, 2008

Hon. Charles L. Brieant, U.S.D.J.

I hereby consent to the entry of this proposed order:

/s/                                                          /s/ E. H.
Shmuel Klein                                                 Thomas E Healy, Esq.
Law Office of Shmuel Klein PC (sk7212)                       Pino & Assoc.
Attorneys for Plaintiff                                      Attorneys for Defendants
268 Route 59                                                 50 Main Street
Spring Valley, NY 10977                                      White Plains, NY 10606
(845) 425-2510                                               (914) ~~345-3701~~ 946-0600